# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**TERIACO ISOM,**

    Movant,

vs.

**UNITED STATES OF AMERICA**

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NO: 14-2743-STA-egb

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion to Supplement § 2255 Motion, Denying § 2255 Motion, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on August 30, 2017, the Petition and Motion to supplement are DENIED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/30/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk